**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
JEROME B. SIMANDLE
DISTRICT JUDGE

July 6, 2005

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
P.O. BOX 888
CAMDEN, NJ 08101
(856) 757-5167

## LETTER MEMORANDUM AND ORDER DENYING FILING

Ms. Lourdes Llarena
P.O. Box 2546
Washington, DC  20013

Re: <u>Lourdes Llarena v. Mark Rosenblatt, et al.</u>
    Civil No. 05-cv-3409 (JBS)

    <u>Lourdes P. Llarena v. Kinko's</u>
    Civil No. 05-cv-3410 (JBS)

Dear Ms. Llarena:

On June 24, 2005, Chief Judge John W. Bissell entered an Order in <u>Lourdes P. Llarena v. The West New York Police Department, et al.</u>, Civil Action No. 05-1311 (JWB), a copy of which is enclosed. Pursuant to Chief Judge Bissell's Order, the Clerk shall not accept any document or pleading of any kind submitted by or on behalf of yourself for filing, unless the Court has first directed that the document or pleading be filed. Judge Bissell's Order has also directed you to show cause before him, in writing, no later than July 25, 2005, why you should not be barred and enjoined from filing any further documents or pleadings without prior written permission.

After the entry of Judge Bissell's Order, the Clerk of this Court received your papers in the two new above-cited cases. I have reviewed them, consistent with Chief Judge Bissell's Order of June 24, 2005, to determine whether written permission should be granted to you to file these.

The first set of papers, encaptioned <u>Lourdes P. Llarena v. Mark Rosenblatt and Greyhound Lines, Inc.</u>, is not within the jurisdiction of this Court and also appears to be legally frivolous and it shall not be filed. Your complaint appears to describe a situation in which the defendant Greyhound Lines and their employee Mark Rosenblatt allegedly lost your luggage from storage at the Philadelphia Greyhound Station consisting of a box of soap products. Your total claim appears to be $354 plus three trips to claim the box of soap. This federal court in New Jersey lacks jurisdiction over your claim because the amount in dispute

Ms. Lourdes Llarena
July 6, 2005
Page 2

does not exceed $75,000, which is the legal threshold for a case such as this one based upon diversity of citizenship. Second, this jurisdiction would not be the proper venue in any event, because from your claim it appears that the actions or omissions giving rise to your claim are alleged to have occurred in Pennsylvania, and you are a resident of Washington, DC, according to the address given in your complaint. Accordingly, these papers are legally frivolous and they may not be filed with the Court.

The second matter is encaptioned <u>Lourdes P. Llarena v. Kinko's</u>. This item was received by the Clerk of our Court on June 27, 2005. Your complaint in that case appears to describe a financial dispute that you have with a Kinko's copying service in New York. Again, it appears that the amount of money in dispute, to a legal certainty, does not exceed $75,000. Again, it appears that the actions or omissions complained of occurred in New York, not New Jersey. Your complaint is also frivolous because it appears to be seeking funds from the bombing of the World Trade Center in February of 1993, and you have attached a train ticket between Washington and Baltimore for $3.50, for reasons best known to yourself.

I am returning to you the copies of the pleadings that you have submitted in these two matters, permission to file them is hereby **<u>DENIED</u>**.

The Clerk of Court is hereby requested to open a docket for each of these two matters and to file this Letter Order in each docket for informational purposes, including the attachments to this letter, and thereupon close the docket reflecting that permission to file has been DENIED.

**IT IS SO ORDERED** this ___7th___ day of **July, 2005.**

_____
JEROME B. SIMANDLE
U.S. District Judge